

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00311-CR

JONATHAN EUGENE PATRICK                                    APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain, Jonathan Eugene Patrick pled guilty to possession of one or more but less than four grams of methamphetamine. The trial court's certification of appellant's right to appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal."

On July 20, 2012, we sent the parties a letter notifying them that the appeal could be dismissed unless any party filed a response showing grounds for

----

[1]*See* Tex. R. App. P. 47.4.

continuing the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f). We have not received a response.

Rule 25.2(a)(2) provides that a plea-bargaining defendant may appeal only matters that were raised by written motion filed and ruled on before trial or after getting the trial court's permission to appeal. Tex. R. App. P. 25.2(a)(2); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006). Because the trial court's certification shows that neither of these exceptions is applicable, we dismiss this appeal. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3; *Chavez*, 183 S.W.3d at 680.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 27, 2012